Opinion by HARALSON, J.

---

## Greene v. The State.

APPEAL from the County Court of Coffee.
Tried before the Hon. J. M. LOFLIN.

J. F. SANDERS, for appellant.

MASSEY WILSON, Attorney-General, for the State.

The appellant in this case was prosecuted and convicted for going near a dwelling of another and in the

presence or hearing of his family using abusive, insulting and obscene language.

The judgment of conviction is affirmed on the authority of *Dillard v. State*, 137 Ala. 106.